[No. 9427-4-II. Division Three. May 29, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
BRUCE K. CHURCHMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 85-1-00101-0, Daniel J. Berschauer, J., entered December 19, 1985. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 16641-7-I. Division One. June 1, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
TREVOR B. QUEEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-8-00549-1, Francis E. Holman, J., entered May 21, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Pekelis, J.

[No. 15292-1-I. Division One. June 1, 1987.]

JACK B. FRENCH, ET AL, *Appellants,* v. BENTON
G. SMITH, ET AL, *Respondents,* GEORGE H.
BROWN, JR., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-05446-0, Jerome M. Johnson, J., entered August 8, 1984. *Affirmed* by unpublished opinion per Patrick, J. Pro Tem., concurred in by Bibb and Callow, JJ. Pro Tem.